IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN BANKS,
    Plaintiff

v.      CIVIL NO. 1:12-CV-368

PA PUBS, INC.,
    Defendant

*VERDICT*

AND NOW, this 9th day of August, 2012, having conducted an assessment of damages hearing in this matter, a verdict is entered in favor of the plaintiff and against the defendant in the sum of $50,000.00.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge